# UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------------x
:
General Reinsurance Corporation and, :
SCOR Reinsurance Company, : Case No. 20-cv-216 (JPO)
:
            Petitioners, :
: **AGREED ORDER**
        -against- :
:
Chicago Insurance Company :
:
            Respondent. :
-------------------------------------------------------------x

J. PAUL OETKEN, District Judge:

Petitioners General Reinsurance Company and SCOR Reinsurance Company (collectively, the "Reinsurers") presented to the Court a petition pursuant to Section 5 of the Federal Arbitration Act to appoint an umpire (Dkt. No. 1), and Respondent Chicago Insurance Company ("Chicago") has filed an answer to the petition. (Dkt. No. 11.) The parties have conferred and jointly proposed a procedure by which they will propose candidates to the Court for consideration for selection as the umpire.

Having considered the parties' request, the Court hereby orders that:

1. Within 7 calendar days of entry of this Order, the Reinsurers and Chicago shall each exchange a list of three umpire candidates, all of whom "shall be active or retired disinterested executive officers of insurance or reinsurance companies or Lloyd's London Underwriters" as required by the arbitration provision in the parties' reinsurance agreement;

2. The parties shall send a questionnaire substantially in the form attached hereto as Exhibit A to the six umpire candidates and request that they complete and return the questionnaire to the parties' counsel within 14 calendar days;

3. In the event that an umpire candidate does not return the questionnaire within the required time, the party who nominated that candidate may, within 5 calendar days after the missed deadline, nominate a replacement candidate and send him or her the questionnaire, requesting that it be completed and returned to the parties'

counsel within 14 calendar days. If the replacement candidate does not return the questionnaire within the required time, the umpire selection process shall proceed without further replacement candidates being nominated;

4. Within 21 days of either the return of the last umpire questionnaire or the expiration of the period within which the umpire questionnaires were to have been returned (whichever occurs first), the parties shall submit simultaneous briefs commenting upon the qualifications of the various candidates who returned the completed umpire questionnaire; and

5. The Court shall select among those candidates to serve as umpire in the pending arbitration.

SO ORDERED.

Dated: New York, New York
March 2, 2020

_____
J. PAUL OETKEN
United States District Judge