UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

GENERAL REINSURANCE
CORPORATION, *et al.*,

                     Petitioners,

-v-

CHICAGO INSURANCE COMPANY,
                     Respondent.

20-CV-216 (JPO)

ORDER

---

J. PAUL OETKEN, District Judge:

    On March 2, 2020, this Court entered an order, agreed to by the parties, establishing a procedure by which this Court would appoint an umpire under Section 5 of the Federal Arbitration Act.  (Dkt. No. 17.)  Pursuant to that order, the parties proposed six candidates for this Court's consideration.  (Dkt. Nos. 18–19.)  All six proposed umpire candidates are qualified under the language of the parties' reinsurance agreement.  However, the Court has determined that W. Mark Wigmore is the best choice in light of his knowledge of the subject matter, his experience as an umpire, and his impartiality, including his work for both reinsurers and cedents.

    Accordingly, the Court hereby appoints W. Mark Wigmore to replace the resigned umpire in this arbitration.  The Clerk of Court is directed to close the case.

    SO ORDERED.

Dated: May 8, 2020
       New York, New York

                                                 J. PAUL OETKEN
                                                 United States District Judge